

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00370-CV

**IN RE** Rowland J**. MARTIN,** Individually and as
Administrator of the Estate of Johnnie Mae King

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  June 26, 2013

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On June 12, 2013, Relator Rowland J. Martin filed a petition for writ of mandamus, seeking relief with respect to certain decisions of The Law Firm of Linebarger, Goggan, Blair & Sampson. This court does not have jurisdiction to grant the requested relief.  By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004).  We conclude the writ is not necessary to enforce our appellate jurisdiction in this instance.  Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2001PC1263, styled *In the Matter of the Estate of Johnnie Mae King, Deceased*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer, presiding.